UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: TACHELLE HARRIS

Case No.: 2:22-mw-40003

HON. GEORGE CARAM STEEH
United States District Judge

**Motion to Terminate the Appearance Bond for a Material Witness**

The United States, through undersigned counsel, moves this Court under 18 U.S.C. § 3144 to terminate the appearance bond for Tachelle Harris and release her from any further obligation based on her acceptance of the bond. On October 6, 2022, Ms. Harris was detained pursuant to a material witness warrant to secure her presence to provide testimony in a jury trial in *United States v. Billy Arnold*, 15-cr-20652. On October 7, 2022, Ms. Harris began her testimony in the *Arnold* trial. The Court released her on an unsecured appearance bond the same day. Ms. Harris completed her testimony on October 11, 2022. Accordingly, "further detention is not necessary to prevent a failure of justice." 18 U.S.C. § 3144.

The government therefore respectfully requests the Court end the appearance bond in this matter and cancel the material witness warrant.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/ Craig F. Wininger*
Craig F. Wininger
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: (313) 226-9569
Craig.Wininger@usdoj.gov
(P57058)

Date: October 19, 2022